**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jesse Lopez, | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-10284 |
| v. | : |
| Verizon Business Network Services Inc.; and DOES 1-10, inclusive, | : **COMPLAINT** |
| Defendants. | : |

For this Complaint, the Plaintiff, Jesse Lopez, by undersigned counsel, states as follows:

## **JURISDICTION**

1.  This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2.  This Court has original jurisdiction over Plaintiff's TCPA claims. <u>Mims v. Arrow Fin. Serv., LLC</u>, 132 S.Ct. 740 (2012).

3.  Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

## **PARTIES**

5.  Plaintiff, Jesse Lopez ("Plaintiff"), is an adult individual residing in Newton, Massachusetts.

6.  Defendant, Verizon Business Network Services Inc. ("Verizon"), is a New Jersey

business entity with an address of One Verizon Way, VC53 N124, Basking Ridge, New Jersey 07920.

## FACTS

7. In January 2013, Defendant began placing daily calls to Plaintiff's cellular telephone using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls"), requesting that Plaintiff return Defendant's calls and stating that there was a problem with Plaintiff's account.

8. On many occasions, upon returning Defendant's calls, Plaintiff informed Defendant that he did not have an account with Defendant and requested that Defendant cease calls.

9. Plaintiff never provided his cellular phone number to Defendant.

10. Plaintiff never provided any express consent to Defendant to be called at his cellular phone line.

11. Despite Plaintiff's repeated requests to cease calls, Defendant continued to place Robocalls to Plaintiff.

### Plaintiff Suffered Actual Damages

12. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

15. The foregoing acts and omissions of the Defendants violations of the Telephone Consumer Protection Act, including the above-cited provision.

16. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1. Statutory damages for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B)&(C);
2. Attorney's costs and fees; and
3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: February 14, 2013

Respectfully submitted,

By   /s/ Sergei Lemberg

Sergei Lemberg (BBO# 650671)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff