# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jesse Lopez,<br><br>    Plaintiff,<br>v.<br><br>Verizon Business Network Services Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 1:13-cv-10284-JGD |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Verizon Business Network Services Inc. and Does 1-10, inclusive, with prejudice, with all parties waiving their right to appeal and without costs to any party.

| Jesse Lopez | Verizon Business Network Services Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Patricia R. Rich_____ |
| Sergei Lemberg, Esq. | Patricia R. Rich (BBO # 640578) |
| BBO No.: 650671 | Jennifer L. Mikels (BBO # 682199) |
| LEMBERG & ASSOCIATES | DUANE MORRIS LLP |
| 1100 Summer Street, 3rd Floor | 100 High Street, Suite 2400 |
| Stamford, CT 06905 | Boston, MA 02110-1724 |
| (203) 653-2250 | Telephone: 857 488 4200 |
| Attorney for Plaintiff | Fax: 857 488 4201 |
| | prich@duanemorris.com |

jlmikels@duanemorris.com
Attorney for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Patricia R. Rich
Jennifer L. Mikels
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

                                                  By /s/ Sergei Lemberg
                                                      Sergei Lemberg